**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover           Date:  December 8, 2015
Court Reporter:    Terri Lindblom

Criminal Action No. 15-cr-00030-MSK

*Parties*:                                   *Counsel Appearing:*

UNITED STATES OF AMERICA,                    Jeremy Sibert
                                             Rebecca Weber
         Plaintiff,

v.

DAVID SCOTT,                                 Edward Harris

         Defendant.

**COURTROOM MINUTES**

HEARING:   Motions / Final Pretrial Conference.

**3:15 p.m.     Court in session.**

Defendant present in custody

Oral findings and conclusions of law are made of record and incorporated herein.

The Court addresses the following motions by defendant: Motion for Reconsideration **(Doc. #76);** Supplemental Motion for Reconsideration **(Doc. #78);** Motion In Limine Concerning Gang Expert Testimony **(Doc. #91);** Motion In Limine **(Doc. #92)**

Argument.

**ORDER:**   Defendant's Motions: Motion for Reconsideration **(Doc. #76)**; Supplemental Motion for Reconsideration **(Doc. #78);** Motion In Limine Concerning Gang Expert Testimony **(Doc. #91)** and Motion In Limine **(Doc. #92)** are **GRANTED in part and DENIED in part as set forth in the record.**

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

>As to the Motion re Gang Expert Testimony (**Doc. #91**) A disclosure of the testimony that will be offered by the Government shall be presented to the defense no later than close of business (**5:00 p.m.**) **On December 10, 2015.**
>
>As to the 404(b) evidence proffered by the Government: The Government may put on evidence under Rule 404(b) of Mr. Scott's prior convictions and his testimony by his girlfriend regarding possession of a weapon. The Government may not put on evidence of alleged instances in 2014 and 2015 in which Mr. Scott allegedly possessed a weapon.

The Court addresses defendant's *ex parte* Motion to Reconsider (**Doc. #75**).

**ORDER:** Defendant's *ex parte* Motion to Reconsider (**Doc. #75**) is **DENIED as moot**.

The Court addresses Defendant's Motion In Limine to Preclude Cell Phone Evidence **(Doc. # 97**)

**ORDER:** Defendant's Motion In Limine to Preclude Cell Phone Evidence **(Doc. # 97**) is **DENIED as moot**.

The Court addresses Motions to Restrict Access to certain filings by the Colorado Bureau of Investigation and Mr. Scott **( Doc. # 73, 77**)

**ORDER**: Motions to Restrict Access to certain filings by the Colorado Bureau of Investigation and Mr. Scott **( Doc. # 73, 77**) are **GRANTED.**

The Court addresses the trial.

Trial is currently set for Monday, December 14, 2015 at 8:30 a.m. and will proceed as scheduled.

The Court addresses evidentiary issues and questions posed by counsel regarding jury selection and the trial process.

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**4:32 p.m.** **Court in recess.**

**Total Time:  1 hour 17 minutes.**
**Hearing concluded.**